MYRNA LANDAETA, Appellant, v. JOSEPH LANDAETA, Respondent.—

Rabin, P. J., Munder, Latham, Christ and Brennan, JJ., concur.